AC77BD65-A9D6-4305-9A2E-0B62F9C964EA : 000001 of 000007
Presiding Judge: HON. JOHN KEVIN HOLBROOK (624468)
COM : 000001 of 000004

**COMMONWEALTH OF KENTUCKY**
**LAWRENCE CIRCUIT COURT**
**DIVISION NO. ____**

*"Filed Electronically"*

**CIVIL ACTION NO.: 23-CI-________**

KATHLEEN MOORE
AND TERRY MOORE PLAINTIFFS

VS. **COMPLAINT**

WAL-MART STORES EAST, LIMITED PARTNERSHIP DEFENDANT
**SERVE: CT Corporation System**
**306 West Main Street, Suite 512**
**Frankfort, Kentucky 40601**

**********************************

Come the Plaintiffs, Kathleen Moore and Terry Moore, by counsel, and for their respective claims or causes of action against the Defendant, Wal-Mart Stores East, Limited Partnership, hereinafter sometimes referred to as "Wal-Mart", and state as follows:

## INTRODUCTION

1. The Plaintiffs are citizens and residents of the Commonwealth of Kentucky, County of Pike, with a mailing address of 10338 Elkhorn Creek Road, Ashcamp, Kentucky, 41512.

2. At all times relevant herein, the Plaintiffs were, and continue to be, husband and wife.

3. The Defendant, Wal-Mart, is a foreign limited partnership licensed to transact business in the Commonwealth of Kentucky. The agent for service of process

AC77BD65-A9D6-4305-9A2E-0B62F9C964EA : 000002 of 000007
Presiding Judge: HON. JOHN KEVIN HOLBROOK (624468)
COM : 000002 of 000004

for the Defendant is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, Kentucky, 40601.

4. That as the actions complained of herein occurred, in whole or in part, in Lawrence County, Kentucky, and as the amount in controversy exceeds the jurisdictional minimum of this Court, the Lawrence Circuit Court has both proper jurisdiction and venue to hear this matter.

5. At all times mentioned herein, the Defendant owned, controlled, operated, and/or supervised the Wal-Mart Supercenter Store premises located at 275 Walton Drive, Louisa, Kentucky, 41230.

**COUNT I**

6. On November 25, 2022, the Plaintiff, Kathleen Moore, was lawfully on the premises of the Defendant, having entered its store for the purpose of shopping.

7. While on the store premises, the Plaintiff, Kathleen Moore, was caused to trip due to a pallet that was concealed, but in her path of travel.

8. The Defendant, Wal-Mart, its employees, agents, servants, and other representatives, had a duty to exercise ordinary care to maintain and keep its premises in a reasonably safe condition for the use of its patrons and other members of the public, including the Plaintiff, Kathleen Moore.

9. While exercising due care for her own safety, the Plaintiff, Kathleen Moore, was injured by a dangerous or hazardous condition created or not properly maintained while on the premises of the Defendant as a business invitee.

10. Defendant knew or by the exercise of ordinary care should have known the

pallet rendered the premises to be in an unreasonably safe condition.

11. Defendant, acting or omitting to act by or through its employees, representatives and/or agents, failed to comply with its duties as outlined hereinabove, and such failure to comply with its duties was the proximate cause of injury to the Plaintiff, Kathleen Moore, who fell as a result of the unsafe condition.

12. That the injuries suffered by the Plaintiff were caused and brought about by the negligence of the Defendant and/or by and through its employees, representatives, and/or agents, acting within the course and scope of their employment.

13. That as a result of the negligent acts and/or omissions of the Defendant, the Plaintiff has been caused to incur medical expenses for her injuries, will incur future medical expenses for her injuries, has lost wages from her employment as a school teacher, has endured pain, suffering, mental anguish and will continue to endure pain, suffering, and mental anguish in the future, and may have sustained a permanent injury which would entitle her to an instruction on impairment of her ability to earn money in the future.

**COUNT II**

14. The Plaintiff, Terry Moore, hereby realleges all the allegations contained in Paragraphs 1 – 13 of the Complaint as if fully rewritten herein.

15. As a direct and proximate result of the negligent acts and/or omissions of the Defendant, Plaintiff, Terry Moore, has lost the care, comfort, companionship, household services, and consortium of his wife, Kathleen Moore.

WHEREFORE, the Plaintiff, Kathleen Moore, demands judgment against the



AC77BD65-A9D6-4305-9A2E-0B62F9C964EA : 000003 of 000007
Presiding Judge: HON. JOHN KEVIN HOLBROOK (624468)
COM : 000003 of 000004

Defendant in an amount that will fairly and reasonably compensate her for the damages she has suffered as a result of the negligence of the Defendant, for her costs herein expended, and any other relief to which she is entitled, and Plaintiff Terry Moore, demands judgement against the Defendant for such damages as the evidence supports in this matter, for his costs herein expended, and any other relief to which he is entitled.

ADAM S. HALL
VANOVER, HALL, BARTLEY & WARD, P.S.C.
126 TRIVETTE DRIVE, SUITE 302
PIKEVILLE, KENTUCKY 41501
TELEPHONE: (606) 437-4003
FAX: (606) 437-7847
ahall@vhblaw.com

BY: *_/s/ Adam S. Hall_*
COUNSEL FOR PLAINTIFF



AC77BD65-A9D6-4305-9A2E-0B62F9C964EA : 000004 of 000007
Presiding Judge: HON. JOHN KEVIN HOLBROOK (624468)
COM : 000004 of 000004